IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREEMAN BELL,
    Petitioner,

vs.                                         Case No.  3:06cv265/LAC/EMT

DONALD F. BAUKNECHT,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's answer (Doc. 14) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support of denial.  Pursuant to § 2248, Petitioner shall have an opportunity to traverse the allegations in the answer.

Accordingly, it is therefore **ORDERED**:

If Petitioner wishes to file a traverse to Respondent's answer, he shall do so within **FIVE (5) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 10th day of August 2006.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**